1 JASON M. FRIERSON
United States Attorney
2 District of Nevada
Nevada Bar No. 7709
3 CHRISTIAN R. RUIZ
Assistant United States Attorney
4 501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
5 Phone: (702) 388-6336
Fax: (702) 388-6787
6 Christian.Ruiz@usdoj.gov

7 *Attorneys for the Federal Defendants*

8 **UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| Nadav Biderman, | Case No. 2:24-cv-01095-JCM-MDC |
| Plaintiff, | **Stipulation and Order to Stay Proceedings (First Request)** |
| v. | |
| Alejandro Mayorkas, United States Secretary of Homeland Security; Ur Mendoza Jaddou, Director of U.S. Citizenship and Immigration Services; Terri Robinson, Director of National Benefits Center of USCIS; Lola K. Parocua, Las Vegas Field Office Director of USCIS; and John Doe, Adjudication Office for Las Vegas Field Office of USCIS, | |
| Defendants. | |

Pursuant to Local Rule IA 6-1 and Local Rule 7-1(c), Plaintiff and Defendants, through their undersigned counsel, jointly request a stay in this matter for a period of 90 days. The requested stay would move the due date for Defendants' answer from August 20, 2024, to November 18, 2024. This is the parties' first stipulation to stay this case.

The parties conferred and they believe they will be able to resolve this matter without continued litigation. Plaintiff's Complaint (ECF No. 1) seeks as relief that the Court compel Defendants to perform their duties in connection with adjudicating Plaintiff's I-130 Petition for Alien Relative and I-485 Application for Adjustment of Status. Since the Complaint's filing, Defendants scheduled for August 27, 2024, an interview in connection with Plaintiff's I-485 Application, and Defendants issued a corresponding interview notice. Although

Defendants scheduled an interview, the parties need additional time to conclude the administrative process.

A stay in this case will allow the parties to resolve this matter without continued litigation. This request is not sought for purposes of delay or any other improper purpose, but to facilitate the parties' efforts to resolve the matter in a "just, speedy, and inexpensive" manner consistent with Fed. R. Civ. P. 1.

The parties reserve the ability to seek additional time to finalize resolution, if necessary, but anticipate they will be able to file dismissal paperwork prior to the identified deadline.

Respectfully submitted this 20th day of August 2024.

| | |
|---|---|
| LAW OFFICE OF ANTHONY D. GUENTHER, ESQ | JASON M. FRIERSON<br>United States Attorney |
| /s/ Anthony D. Guenther<br>ANTHONY D. GUENTHER, ESQ.<br>Nevada Bar No. 5651<br>721 S. 6th Street<br>Las Vegas, Nevada 89101<br>Telephone: (702) 589-5170<br>Facsimile: (702) 541-8866<br>*Attorney for Plaintiff Nadav Biderman* | */s/ Christian R. Ruiz*<br>CHRISTIAN R. RUIZ<br>Assistant United States Attorney<br>*Attorneys for the Federal Defendants* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** August 22, 2024