JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Nadav Biderman, | Case No. 2:24-cv-01095-JCM-MDC |
| Plaintiff, | **Stipulation to Dismiss Case** |
| v. | |
| Alejandro Mayorkas, United States Secretary of Homeland Security, et al., | |
| Defendants. | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Nadav Biderman, and Defendants, Alejandro Mayorkas, et al., hereby enter this joint stipulation of voluntary dismissal of this action without prejudice as to all parties and claims.

//
//
//
//
//
//
//
//
//

Respectfully submitted this 19th day of September 2024.

| | |
|---|---|
| LAW OFFICE OF ANTHONY D. GUENTHER, ESQ | JASON M. FRIERSON<br>United States Attorney |
| /s/ Anthony D. Guenther<br>ANTHONY D. GUENTHER, ESQ.<br>Nevada Bar No. 5651<br>721 S. 6th Street<br>Las Vegas, Nevada 89101<br>Telephone: (702) 589-5170<br>Facsimile: (702) 541-8866<br>*Attorney for Plaintiff Nadav Biderman* | /s/ Christian R. Ruiz<br>CHRISTIAN R. RUIZ<br>Assistant United States Attorney<br>*Attorneys for the Federal Defendants* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** September 20, 2024

2